# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTLEY RETZLER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 19-CV-1800** |
| | : | |
| **WILLIAM McCAULEY, III,** | : | |
| *et al.*, | : | |
|     **Defendants.** | : | |

| | | |
|---|---|---|
| **LAURA WARDEN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 19-CV-1801** |
| | : | |
| **WILLIAM McCAULEY, III,** | : | |
| *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this **6th** day of May, 2019, upon consideration of Plaintiff Westley Retzler's Motion to Proceed *In Forma Pauperis* (Civ. A. No. 19-1800, ECF No. 1), and his *pro se* Complaint (Civ. A. No. 19-1800, ECF No. 2), and Plaintiff Laura Warden's Motion to Proceed *In Forma Pauperis* (Civ. A. No. 19-1801, ECF No. 1), and her *pro se* Complaint (Civ. A. No. 19-1801, ECF No. 2), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

    2.    The Complaints are **DEEMED** filed.

    3.    With the exception of claims against Defendants Blalock Auto and Raymond Blalock, the Complaints are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

A. The Complaints are **DISMISSED with prejudice** as to Defendant Bristol Township Sewer Department.

B. The Complaints are **DISMISSED without prejudice** as to all other Defendants.

4. Retzler and Warden are **GRANTED** leave to file a joint amended complaint (or individual amended complaints) within thirty (30) days of the date of this Order. If they fail to file an amended complaint, these actions will proceed against Defendants Blalock Auto and Raymond Blalock only.

5. The Clerk of Court is **DIRECTED** to defer service of the Complaints pending further Order of the Court.

6. If Retzler and Warden fail to file an amended complaint (or individual amended complaints), the Court will direct service on Defendants Blalock Auto and Raymond Blalock only.

**BY THE COURT:**

**Berle M. Schiller, J.**